AO 245D (Rev. 09/11) Judgment in a Criminal Case for Revocations
Sheet 1



FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

OCT 08 2015

JAMES W. McCORMACK, CLERK
By: _____ Tammy C. Mack, DEP CLERK

# UNITED STATES DISTRICT COURT
Eastern District of Arkansas

UNITED STATES OF AMERICA
v.
LAQUENTIN NICHOLS

**Judgment in a Criminal Case**
(For **Revocation** of Probation or Supervised Release)

Case No.   4:06CR256-01-BRW and 4:14CR145-01-BRW
USM No.   24236-009

Lisa Peters
Defendant's Attorney

**THE DEFENDANT:**

☑ admitted guilt to violation of condition(s)   General, Standard & Special   of the term of supervision.

☑ was found in violation of condition(s)   Standard   after denial of guilt.

The defendant is adjudicated guilty of these violations:

| Violation Number | Nature of Violation | Violation Ended |
|---|---|---|
| General | Unlawful possession of a controlled substance | 06/10/2015 |
| Standard (7) | Failure to refrain from excessive use of a controlled substance | 06/10/2015 |
| Standard (9) | Associating with persons engaged in criminal activity and /or convicted of a felony w/o permission of probation officer. | 07/01/2014 |

The defendant is sentenced as provided in pages 2 through __3__ of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☐ The defendant has not violated condition(s) _____ and is discharged as to such violation(s) condition.

It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

Last Four Digits of Defendant's Soc. Sec. No.: 6259

Defendant's Year of Birth:   1978

City and State of Defendant's Residence: _____

10/07/2015
Date of Imposition of Judgment

_Bill W_
Signature of Judge

BILLY ROY WILSON,   U.S. District Judge
Name and Title of Judge

10-08-2015
Date

DEFENDANT: LAQUENTIN NICHOLS
CASE NUMBER: 4:06CR256-01-BRW and 4:14CR145-01-BRW

## ADDITIONAL VIOLATIONS

| Violation Number | Nature of Violation | Violation Concluded |
|---|---|---|
| Special | Failure to participate in a substance abuse treatment program. | 04/23/2015 |

DEFENDANT: LAQUENTIN NICHOLS
CASE NUMBER: 4:06CR256-01-BRW and 4:14CR145-01-BRW

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total total term of :

30 months; to run concurrently with the sentence imposed in Docket No. 4:14CR145-01-BRW and 24 months to run concurrently with Docket No. 4:06CR00256-01-BRW. No term of Supervised Release to follow imprisonment is imposed in either case.

☑ The court makes the following recommendations to the Bureau of Prisons:

The Court recommends the defendant participate in nonresidential substance abuse treatment during incarceration. The Court also recommends the defendant be designated to the instutition located in Forrest City, AR.

☐ The defendant is remanded to the custody of the United States Marshal.

☐ The defendant shall surrender to the United States Marshal for this district:

- ☐ at __________ ☐ a.m. ☐ p.m. on __________ .
- ☐ as notified by the United States Marshal.

☑ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

- ☑ before 2 p.m. on 11/24/2015 .
- ☐ as notified by the United States Marshal.
- ☐ as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

Defendant delivered on __________ to __________

at __________ with a certified copy of this judgment.

__________
UNITED STATES MARSHAL

By __________
DEPUTY UNITED STATES MARSHAL